# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2023-1413

_____

LAWTON C. ADKINS,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

On appeal from the Circuit Court for Suwannee County.
David W. Fina, Judge.

June 19, 2024

PER CURIAM.

AFFIRMED. The Court warns Appellant that any future filings that this Court determines to be frivolous may result in the imposition of sanctions, including a prohibition against any further pro se filings in this Court.

KELSEY, WINOKUR, and NORDBY, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____


Lawton C. Adkins, pro se, Appellant.

Ashley Moody, Attorney General, Tallahassee, for Appellee.